IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH J. WILLIAMS, ) <br> ) <br> Defendant. ) | Case No.  4:00CR3044 <br> Case No.  4:01CR3014 |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing now set for January 17, 2012, at 1:00 p.m. until a date certain in approximately 75 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 3rd day of April, 2012, at 12:30 p.m.  The Defendant is ordered to appear at such time.

Dated this 9th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge